COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT WORTH

NO.
2-06-076-CR

                                               
2-06-077-CR

 

DONNA RENYA CARR A/K/A                                                 APPELLANT

RENYA PARKER

                                                   V.

THE STATE OF TEXAS                                                                STATE

                                               ----------

              FROM THE 415th
DISTRICT COURT OF PARKER COUNTY

                                               ----------

                  MEMORANDUM OPINION[1]
AND JUDGMENT

----------

We
have considered appellant=s AMotion
To Dismiss Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure.  Tex. R. App. P. 42.2(a).  No
decision of this court having been delivered before we received this motion, we
grant the motion and dismiss the appeal.  See Tex.
R. App. P. 42.2(a), 43.2(f).                                                                                                                 PER
CURIAM

 

PANEL
D:   WALKER, J.; CAYCE, C.J.; and MCCOY,
J.

 

DO
NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

 








DELIVERED:
September 28, 2006                                           











[1]See Tex. R. App. P. 47.4.